UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------------------X

YNES M. GONZALEZ DE FUENTE, MARIYA
KOBRYN, and IVAN KOBRYN, individually and on
behalf of all others similarly situated,

                              Plaintiffs,

                -against-

PREFERRED HOME CARE OF NEW YORK LLC,
EDISON HOME HEALTH CARE, HEALTHCAP
ASSURANCE, INC., HEALTHCAP ENTERPRISES,
LLC; BERRY WEISS, SAMUEL WEISS, MARK
REISMAN, GREGG SALZMAN, SHAYA MANNE,
DANIEL ELLENBERG, AMIR ABRAMCHIK, DOV
FEDER, DOES 1-15, Inclusive,

                              Defendants.

---------------------------------------------------------------------------X

**AFFIDAVIT OF SERVICE**

Case No. 1:18-cv-06749-AMD-PK

STATE OF NEW YORK    )
                           ) ss.:
COUNTY OF NEW YORK  )

I, LAUREVE BLACKSTONE, being duly sworn state the following:

1. I am not a party to this action, am over 18 years of age and reside at Brooklyn, NY.

2. On April 24, 2019, I served the First Amended Class Action Complaint (ECF No. 42) and Proposed Summons (ECF No. 43) in the above-referenced matter via ECF.

3. On May 6, 2019, Emily Costin, Esq., counsel for Defendants Preferred Home Care of New York LLC, Edison Home Health Care, Berry Weiss, and Samuel Weiss,

1112-000-00001:  11020958

accepted service via ECF for newly added Defendants Mark Reisman, Gregg

Salzman, Shaya Manne, and Daniel Ellenberg.

_____
LAUREVE BLACKSTONE

Sworn to before me this
7th day of May , 2019

_____
NOTARY PUBLIC

> **DANIELA MERCADO**
> NOTARY PUBLIC, STATE OF NEW YORK
> Registration No. 01ME6284730
> Qualified in New York County
> Commission Expires October 27, 2021

1112-000-00001: 11020958