UNITED STATES DISTRICT COURT
EASTERN DISCTRICT OF NEW YORK

_____

YNES M. GONZALEZ DE FUENTE, MARIYA )
KOBRYN, and IVAN KOBRYN, individually and )
on behalf of all others similarly situated, )
)
      Plaintiffs, ) Case No. 18-cv-6749-AMD-PK
)
v. )
)
PREFERRED HOME CARE OF NEW YORK )
LLC, EDISON HOME HEALTH CARE, )
HEALTHCAP ASSURANCE, INC., )
HEALTHCAP ENTERPRISES, LLC, BERRY )
WEISS, SAMUEL WEISS, MARK REISMAN, )
GREGG SALZMAN, SHAYA MANNE, )
DANIEL ELLENBERG, AMIR ABRAMCHIK, )
DOV FEDER, DOES 1-15, Inclusive, )
)
      Defendants. )
_____

## NOTICE OF APPERANCE

**PLEASE TAKE NOTICE**, that the undersigned attorney hereby appears on behalf of newly-named defendants Mark Reisman, Avraham (Shaya) Manne, Daniel Ellenberg, and Gregg Salzman in the above-captioned matter, and hereby requests service of all subsequent written communications, pleadings, notice, or other papers in this matter.

Dated: May 20, 2019

                                             ALSTON & BIRD LLP

                                             By */s/ Emily. S. Costin*
                                                  Emily S. Costin

                                             The Atlantic Building
                                             950 F. Street, NW
                                             Washington, D.C. 20004-1404
                                             Tel: (202) 239-3695
                                             Fax: (202) 239-3333
                                             Emily.costin@alston.com

*Attorneys for Preferred Home Care of New York LLC, Edison Home Health Care, Berry Weiss, Samuel Weiss, Mark Reisman, Gregg Salzman, Avraham (Shaya) Manne, and Daniel Ellenberg*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of May, 2019, the foregoing document was filed with the clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Eastern District's Local Rule on Electronic Service upon all CM.ECF users.

ALSTON & BIRD LLP

By */s/ Emily. S. Costin*
    Emily S. Costin

The Atlantic Building
950 F. Street, NW
Washington, D.C. 20004-1404
Tel: (202) 239-3695
Fax: (202) 239-3333
Emily.costin@alston.com

*Attorneys for Preferred Home Care of New York LLC, Edison Home Health Care, Berry Weiss, Samuel Weiss, Mark Reisman, Gregg Salzman, Avraham (Shaya) Manne, and Daniel Ellenberg*

LEGAL02/38982214v1