

**Peter C. Godfrey**
Direct Dial: 716.848.1246
pgodfrey@hodgsonruss.com

August 21, 2019

**Via Hand Delivery**

The Honorable Ann M. Donnelly
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Courtroom 4GN
Brooklyn, New York 11201

Dear Judge Donnelly:

      Re:  *Gonzalez de Fuente, et al. v. Preferred Home Care of New York, LLC, et al.*
            Case No. 18-cv-6749-AMD-PK

    Along with Alston & Bird, we represent Defendants Preferred Home Care of New York, LLC, Edison Home Health Care, individually-named defendants Berry Weiss and Samuel Weiss, and trustee defendants Mark Reisman, Avraham (Shaya) Manne, Daniel Ellenberg, and Gregg Salzman.

    Pursuant to Your Honor's Individual Motion Practices and Rules requiring the parties to deliver one uniform set of courtesy copies, please find enclosed a full set of courtesy copies concerning the Edison and Trustee Defendants' Motion to Dismiss the First Amended Complaint of Plaintiffs Ynes M. Gonzalez de Fuente, Mariya Kobryn, and Ivan Kobryn.

    I.    Defendants' Motion to Dismiss

        1.    Notice of Motion to Dismiss the Amended Complaint (Docket No. 61), filed June 26, 2019;

        2.    Declaration of Peter C. Godfrey in Support of Edison Defendants' Motion to Dismiss the Amended Complaint (Docket No. 61-1), with Exhibits A through E (Docket Nos. 61-2 through 61-6), filed June 26, 2019;

        3.    Memorandum of Law in Support of Edison and Trustee Defendants' Motion to Dismiss the Amended Complaint (Docket No. 61-7), filed June 26, 2019.

August 21, 2019
Page 2

      II.    <u>Plaintiffs' Opposition to Motions to Dismiss</u>

           1.    Declaration of Catha Worthman in Support of Plaintiffs' Opposition to Motions to Dismiss by All Defendants (Docket No. 64-1), with Exhibits 1 through 3 (Docket Nos. 64-2 through 64-4), filed July 26, 2019;

           2.    Plaintiffs' Opposition to Motion to Dismiss by All Defendants (Docket No. 64), filed July 26, 2019.

      III.    <u>Defendants' Reply in Further Support of Motion to Dismiss</u>

           1.    Reply Declaration of Peter C. Godfrey in Further Support of the Edison and Trustee Defendants' Motion to Dismiss the Amended Complaint (Docket No. 67-1), with Exhibits A (copy of the Home Care Worker Wage Parity FAQ January 2014) and B (copy of the Home Care Worker Wage Parity FAQ May 2014) (Docket Nos. 67-2 and 67-3), filed August 9, 2019;

           2.    Reply Memorandum of Law in Support of the Edison and Trustee Defendants' Motion to Dismiss the Amended Complaint (Docket No. 67), filed August 9, 2019.

We hope that today's hand delivery of these enclosures is amenable to the Court.

                      Respectfully submitted,

                      /s/ Peter C. Godfrey

                      Peter C. Godfrey

PCG:cd

CC:  Cover Letter Only:
<u>Via CM/ECF</u>
Magistrate Judge Peggy Kuo
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

CC: All Counsel of Record (via CM/ECF)

089786.00001 Litigation 15166625v1