

# LEVY RATNER, P.C.

October 14, 2020

*By ECF*

The Honorable Ann M. Donnelly
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:   *Gonzalez de Fuente et al. v. Preferred Home Care of New York, LLC, et al.*,
            **Case No. 18-cv-06749-AMD-PK (E.D.N.Y.)**

Dear Judge Donnelly:

      Plaintiff Gonzalez de Fuente requests that the Court correct the Clerk's mistaken entry of Judgment pursuant to Rule 58(b)(1)(C) on October 13, 2020, ECF No. 86. The Court's Memorandum Decision and Order granting Defendants' Motion to Dismiss on October 9, 2020, ECF No. 85, did not resolve all federal claims in this action. Defendants' Motion to Dismiss, ECF No. 61, did not request dismissal of Plaintiff's First Claim for Relief under ERISA § 502(c) for statutory penalties, nor did the Court address this Claim in its Order. As the Court has not yet adjudicated all claims as to all parties and did not direct the Clerk to enter judgment, the Clerk should not have entered Judgment.

                                          Respectfully Submitted,

                                          FEINBERG, JACKSON,
                                          WORTHMAN & WASOW LLP

                       By:     /s/
                                            Catha Worthman (pro hac vice)
.                                         Daniel Feinberg (pro hac vice)

                                          LEVY RATNER PC

                       By:     /s/
                                            Laureve Blackstone
                                          Ryan Barbur

cc:     All Counsel of Record (via ECF)