UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
YNES M. GONZALEZ DE FUENTE, MARIYA
KOBRYN, and IVAN KOBRYN, individually and
on behalf of all others similarly situated,

                                    AMENDED JUDGMENT

                        Plaintiffs,         18-cv-06749 (AMD) (PK)

        v.

PREFERRED HOME CARE OF NEW YORK LLC,
EDISON HOME HEALTH CARE, HEALTHCAP
ASSURANCE, INC., HEALTHCAP ENTERPRISES
LLC, BERRY WEISS, SAMUEL WEISS, MARK
REISMAN, GREGG SALZMAN, SHAYA MANNE,
DANIEL ELLENBERG, AMIR ABRAMCHIK,
DOV FEDER, DOES 1-5, inclusive,

                        Defendants.
-----------------------------------------------------------------X

        A Memorandum, Decision, and Order of the Honorable Ann M. Donnelly, United States

District Judge, having been filed on October 9, 2020, granting the defendants' motion to dismiss

this action and an Order having been filed on October 15, 2020, directing the Clerk of Court to

amend the judgment to dismiss claims two, three, four and five of the plaintiffs' amended

complaint and dismiss plaintiffs Mariya Kobryn and Ivan Kobryn from the action; it is

        ORDERED and ADJUDGED that claims two, three, four and five of the plaintiffs'

amended complaint are dismissed; that plaintiffs Mariya Kobryn and Ivan Kobryn are dismissed

from the action; and that defendants are directed to answer the plaintiff's remaining claim within

fourteen days.

Dated: Brooklyn, NY                         Douglas C. Palmer
        October 23, 2020                    Clerk of Court

                                            By: /s/Jalitza Poveda
                                                Deputy Clerk