UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
YNES M. GONZALEZ DE FUENTE, et al.,   JUDGMENT

                     Plaintiffs,   18-cv-6749-AMD-PK

   v.

PREFERRED HOME CARE OF NEW YORK
LLC, et al.,

                     Defendants.
-----------------------------------------------------------------X

A notice of acceptance of a Rule 68 Offer of Judgment having been filed on November 18, 2020; and Defendant Edison Home Health Care ("Edison"), having offered Plaintiff Ynes M. Gonzalez de Fuente ("Plaintiff") an offer of judgment, pursuant to Rule 68 of the Federal Rules of Civil Procedure, in the amount of $12,000.00 (twelve thousand dollars), inclusive of attorney's fees and costs of this suit attributable to Gonzalez's First Claim for Relief now incurred through the date of this offer; it is

ORDERED and ADJUDGED that Judgment is entered in favor of plaintiff Ynes M. Gonzalez de Fuente ("Plaintiff") and against Defendant Edison Home Health Care ("Edison"), in the amount of $12,000.00 (twelve thousand dollars), inclusive of attorney's fees and costs of this suit attributable to Gonzalez's First Claim for Relief now incurred through the date of this offer.

Dated: Brooklyn, New York                           Douglas C. Palmer
      November 24, 2020                         Clerk of Court

                                                     By:    /s/Jalitza Poveda
                                                            Deputy Clerk